MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**September 16, 2024**

.

Honorable Sarah Netburn
U.S. District Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> **Re:    *Florez v. 808 Lexington Realty Associates LLC et al*
> *Civil Action No.: 1:24-cv-01942-SN*
> *Joint Status Letter In RE: The Court's July 17, 2024 Order [DE#20]***

Dear Honorable Judge Netburn,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's Scheduling Order [DE#20], the Parties are required to file a joint letter by September 16, 2024, in order to apprise the Court as to the current case status of discovery in the ongoing Civil Suit.

    As an initial matter, the parties wish to jointly inform the curt that the initial disclosures have been made, the course of opening discovery mechanisms are served by the plaintiff. While the parties are currently focused on the fact discovery process, there remains a substantial possibility that expert discovery may became necessary, including a Fed.R.Civ.P.34 Notice of Inspection for the subject property under the ADA guidelines and codes, as well as depositions that may come into play in the near future, although none are currently scheduled at this time.

    Furthermore, the Plaintiff and Defendants continue to explore the possibility of a settlement and are hopeful that an out of court resolution may be possible after further discovery and review of the exhibits therewith, which could be beneficial to all parties.

    Thank you for your time in attention to this matter.

                                                        Most Respectfully,

                                                        BARDUCCI LAW FIRM

*[signature]*

                                                        PLLC

                                                        Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only