UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CARLOS RUIZ FLOREZ,

                             Plaintiff,

       -against-

808 LEXINGTON REALTY ASSOCIATES LLC and
808 LEX RESTAURANT LLC,

                            Defendants.
------------------------------------------------------------------------x

Case No: 1:24-cv-01942

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS RUIZ FLOREZ, and Defendants, 808 LEXINGTON REALTY ASSOCIATES LLC and 808 LEX RESTAURANT LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.


Dated: November 8, 2024

                                    Sean Ferrito, Esq.
                                    Harris Beach PLLC
                                    *Attorneys for Defendants*
                                    100 Wall Street
                                    New York, New York 10005


Dated: November 26th 2024

                                    Maria Costanza Barducci, Esq.
                                    Barducci Law Firm
                                    *Attorneys for Plaintiff*
                                    5 W 19th Street, 10th Floor
                                    New York, New York 10011